UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                            :

INTERNATIONAL REFUGEE ASSISTANCE  :
PROJECT,                             :
                    Plaintiff,   :       26 Civ. 3095 (LGS)
                             :

         -against-         :
                             :         **ORDER**

U.S. DEPARTMENT OF STATE et al.,  :
                   Defendants. :
                             :

-------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, by **May 15, 2026**, the parties shall negotiate a schedule for

the search, processing and potential production of responsive documents, and file a joint letter on

ECF apprising the Court of that schedule and whether an initial pretrial conference is necessary

to resolve any open issues.

Dated: April 17, 2026
      New York, New York

                                   **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**